

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 9 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Ralph Pina, Defendant. | Case No. 09-CR 939 GW-39<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/Supervised Release Conditions) |



On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The Court finds no condition or combination of conditions that will reasonably assure:

    ☒    the appearance of defendant as required; and/or

    ☒    the safety of any person or the community.

The Court concludes:

☒ Defendant poses a risk of nonappearance, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he/she does not pose such a risk.  The risk of nonappearance is based on:

Instant allegations

☒ Defendant poses a danger to the community, and the Court finds that defendant has not demonstrated by clear and convincing evidence that he does not pose such a risk.  The risk of danger is based on:

Instant allegations

IT IS THEREFORE ORDERED that the defendant be detained.

Dated:  3/29/2023

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE